Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,


Karen Cahail

Karen Cahail,
Karen Cahail as administrator of the estate of Galen Cahail,
Rachel Cahail, heir,

plaintiffs

VS.                                                    6:25-cv-1016-JWB-GEB

The United States of America, et al,
defendants,


The social security administration, Michelle King commissioner of social security, Michael R Dayton, administrative law judge, Tony Esparza, disability determination services, David Braverman, MD, Leif Leaf, phd Psychology, Ascension Via Christi St Francis hospital

defendants,

FTCA CASE
Civil rights lawsuit

What they did they did under color of law. Unless something happens to correct things my understanding of the world now is this: Laws are only for poor people to obey. Rights are only for rich people. We don't have any rights. We have absolutely no protection under the law because nobody will enforce the laws that are there to protect us. Everyone you complain to investigates themselves and says they did nothing wrong. The people who should be prosecuting these people are defending them. My beloved son in dead and nobody cares.

**Table of contents**
1. Unbelievable things that make me look crazy
2. Permission requested to join all of my cases together because they're all interrelated
3. Permission requested to for an attorney to help me okay
4. Introduction
5. Motion for relief
6. Our losses
7. Specific relief sought from this case
The following parts are added as supplements because I don't have time to put them all in one document

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

8. Detailed analysis of what happened with evidence
9. Specific allegations against each person
10. The case of Karen's overpayments
11. Civil rights case against Wichita police department
12. Letters of administration of the estate of Galen Cahail
13. List of evidence
14. Summary

1 ***Unbelievable things that make me look crazy***

Deprivation of Rights under color of law.
Whoever, under color of any law, statute, ordinance, regulation or custom, willfully subjects any person in any state, territory, commonwealth, possession, or district to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States…under this title or in prison not more than one year or both; and it bodily injury results…title 18, USC, section 242
Malpractice, Abuse of Power, Abuse of Discretion, Discrimination, Civil Rights violations, Negligence, Wrongful Death, Mistreatment of a dependent adult and other issues including violation of the fifth amendment rights the eighth amendment rights and 14th amendment rights as well as the right to bodily autonomy under the Kansas Constitution.

**Declaration of Independence**

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.

**Unalienable Right to Travel**

DMV Code is color of law, for Fictions in Law / Actors (Legal), not for people (Lawful). A Corporation, Trust, Title, or Police are Fiction in Law. See Unalienable Right to Travel Case Law on reverse side.

**Color**
(Black's Law Dictionary)

An appearance, semblance, or simulacrum, as distinguished from that which Is real. A prima facie or apparent right. Hence, a deceptive appearance; a plausible, assumed exterior, concealing a lack of reality…

**Deprivation of Rights under Color of Law**
(Title 18 § 242)

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, … shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**Conspiracy Against Rights**
(Title 18 § 241)

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**Having trouble with the math?**

Police have no license or authority to suspend the unalienable Right to Travel. As long as no bodily injury or property damage occurs the Right to Travel rains supreme. No Code, Act, Statute, SCOTUS Decision, Contract, Citation, business policy, commercial practice, religious belief, political view, paranoid fantasy, unsupported claim, 911 call, hearsay, dog alert, or emotional state can suspend any Right or the Bill of Rights.

**Suspending people's Rights is a Felony.**
Multiple Choice: What will stop your felonious conduct? (You, Fine, Prison, or Execution)

Since the police refused to look at the evidence, and refused to take the evidence, and it had to be forced on to them, and it never made it over to the DA, and the FBI says they're not going to do anything we have no equal we have no protection under the law. We not only don't have

I'm

Karen Cahail, et al.,

Plaintiffs,

V

The United States of America, et all.,

Defendants,


equal protection under the law, we have no protection under the law. Galen is dead because of what these people did.  No one will investigate. The laws that are there to protect us are nothing more than chicken scratches if no one will enforce them. On obtaining my paperwork from my court case from the courthouse I'm finding that my sentencing for my probation violations in 2018 occurred before the probation violation in both cases. I knew that the police were part of the organized stalking because I learned to decipher some of my system logs and their names were in there but I never guessed that they sentenced me for probation violations before they accused° me of violating my probation.

**_2 I am formally requesting from the court would I be able to join all of my cases against Social Security and the police department for civil rights violations because they are all interrelated._**

**_3 I'm formally requesting that attorney the appointed to help me and represent me or at least consult with me because the implications of this case are very far reaching and profound_**

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,



4 INTRODUCTION

This is Galen's handwriting The social security administration ignored all new diagnosis so they could res judicata inappropriately. Galen did not have to die. He needed wraparound services and an insulin pump because of his ADHD, his PTSD, his major depressive disorder and his newly diagnosed type 1 diabetes autoimmune. Mental health conditions and the neurological disorder made it impossible for him to manage his diabetes. He asked for an insulin pump on February 24th 2021 and I believe before that even. An insulin pump would have saved his life but of course he couldn't get one because he couldn't get disability benefits. They wouldn't approve him for disability because they were discriminating against him. They were abusing him and berating him for not being able to control his disabilities and manage his diabetes rather than helping him. His death is directly caused by that and they're responsible for my son's death 100%. Galen did not want to die a young man at the age of 34 and none of us wanted him to die.

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,


### *5 MOTION FOR RELIEF*

Karen Cahail is the next friend and natural mother of Galen Cahail. Rachel Cahail is the Sister and co-heir of the estate of Galen Cahail. We are bringing this action under 42 U.S.C. 1983 for violation of Constitutional rights, the federal tort claim act for negligence and the Americans with disabilities act. Galen's 5th, 8th and 14th amendments rights were violated as well as his constitutional right to bodily autonomy under the Kansas constitution. There was abuse of power, which resulted in the Social Security administration Failing to fulfill their duties and obligations. This abuse of power not only led to violations of Galen Cahail's rights but also had severe consequences, ultimately leading to his death. The actions taken by the SSA were discriminatory, deceptive, and violated Galen's constitutional rights, including the right to be free from cruel and unusual punishments, the rights to due process, the right not to self-incriminate, and the right to bodily autonomy as protected under the Kansas constitution.

We seek justice for these egregious
violations and demand accountability for the harm caused. This is a civil rights case.

We are seeking systemic changes to estoppel the social security administration. employees and independent contractors from violating the social security act when claimants have relied on the contents of the social security. act to their detriment.

We are asking that the long forgotten footnote from the 2003 letter from the Office of Civil Rights to the commissioner of Social Security be respected after all these years of ignoring it.

Discovery of this discrimination did not happen until August of 2024. There was some limited discovery in April 2024 when the Ist disc from the FOIA request was received but there was still some doubt involved and it was not until August of 2024 that it became clear. Jurisdiction is proper because there is a federal defendant, there is a federal question and diversity jurisdiction. If the Inspector General's office won't act on your complaint, the police won't even look at the evidence for mistreatment of a dependent adult when people in positions of power are the guilty ones and neither will the FBI (even though 3 people signed the document leading to someone's death making it a conspiracy) what is a family to do?

We are seeking damages for losses, punitive and pecuniary losses including but not limited to benefits that are past due, money and support kthat Galen was due or would have provided if he had lived.


I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,


Furthermore, while the family of Galen Cahail tried to take care of him without benefits, the social security administration. starting charging his mother, Karen Cahail for invalid overpayments, added to the overpayments for no cause and refused to consider the circumstances that they had left the family in when requests for waiver, reconsideration and at the Administrative law judge hearing no empathy could be found. When the judge caught the social security administration adding to the overpayment without cause they refused to correct the error. The appeals council also refused to consider the position this family had been left in. This further compounded the problem making it harder to care for Galen and adding much undue Stress. The overpayments were never valid in the first place. The social security administration violated Karen Cahail's right to be free of cruel and unusual punishment as she was forced to try to care for her son as best she could as she was watching him dying, not knowing what to do and the added stress of trying to share her disability check with her son and they didn't even want to let us have that. Being forced to care for Galen in a moldy basement knowing that immunodeficiency made it difficult to impossible for his body to fight off those infections was heartbreaking. I publicly begged for help. I posted articles about how those mold infections are hard to diagnose and often life threatening.
 Karen knew you are supposed to be able to work for a certain amount of time without losing any benefits and managed to get a job at Dillons deli trying to increase their income to get Galen out of the basement but didn't know you had to tell them first or lose benefits. Social security administration took the income Karen did receive out of her check. They never made it out of the basement. What Galen experienced was worse that the book 1984 by George Orwell. The humiliation, degradation and dehumanization were unconscionable. As nature has implanted in each man a desire for his own happiness... tis plain that each one has a natural right to exert his powers, according to his own judgement and inclination, for these purposes, in all such labor, industry and amusements as are not hurtful to others in their persons or their goods. This we Call natural liberty. Every man has a sense of this right, and a sense of the evil or cruelty in interrupting this joyful liberty of other's–Francis Hutcheson.

To be trauma informed we must know that trauma is a disconnect from the rhythmic interaction with others, the flow of Qi. Where the flow stops life ends. Life sustaining help should never be withheld white trying to force someone to obey you. The social security administration was served with my letter of intent to sue and demand for settlement June 25, 2024. December 20, 2024 the social security administration denied my claim giving me 6 months to file suit. This claim is filed within the statute of limitations for wrongful death. Galen died January 28, 2023.

The venue is proper because Galen Cahail lived and died in Wichita, Kansas and this is where the information was passed between Galen & Karen and the social security administration. The and den all

00


I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,


I sent this to social security January 24, 2025

Social Security Attorneys, Attached with this formal letter of intent to sue is the Form 95 that you demanded. Of course all of the information will not fit on that form so this book Is to be attached to it..

Box 2 Claimants

Karen Cahail as both mother personally and administrator of the estate of Galen Cahail
Wichita, ks 67204

Rachel Cahail as co-heir to Galen's estate
Andover, Kansas

Galen Cahail
Heaven

Box 3 Civilian

Box 4 D.O.B.

Galen 1988

Karen 1966

Box 5 single

Rachel 1990

Box 6 Date of death

1-28-2023

Box 7 Time

11:41 am

Box 8


I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,


The humiliation, discrimination, abuse, extreme poverty and health problems led him to die a death of despair.The basis of this claim is abuse of power,
the misuse of a position of authority to gain an unfair advantage over others, bullying, discrimination, abuse of discretion, social Security employees violating the social security act and disability determination services also, malpractice, deceptive or misleading representations and practices, medical negligence, Social security administration using non-certified vocational experts, cherry picking the evidences, failure to provide services to one of society's most vulnerable citizens, failure to provide support Services where necessary. Violation of Galen's 5th amendment rights not to self-incriminate and his 5th and 14th amendment rights to due process, his 8th amendment right to be free of cruel and unusual punishment. Violation of his Kansas constitutional right to bodily autonomy. Violation of his right equal protection under the law 14th amendment

The social security administration should be stopped from saying they are going to do things a certain way, people depending on these things to their detriment and the social Security administration violating that trust.

This is a civil rights case
Box 9810 no property damage

Box II Witnesses

Karen Cahail
2916 N. Coolidge Ave
Wichita, KS 67204

Susan Brown
2916 N. Coolidge Ave
Wichita, K's 67204

Stacey Kimmerrer
855 S Fern st
Wichita, Ks 67213

Kay Boyd
3419 N Forest Ridge St.
Wichian, KS 67205

Austin Bayd
3419 N Forest Ridge St.

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,


Wichita, KS 67205

Paul Blythe

Newton. Kansas

Chris Shmidt
3250 E  Menlo St
Wichita, Ks 67213
Witnesses I would like to questions.

Tony Esparza, Disability Determination Services

David Braverman, Disability Determination Services "Doctor"

Leif Leaf, Disability Determination Services phD Psychologist

Michael R Dayton, Administrative Law Judge

N. Speck, Disability determination services doctor

The supervisor (female) that waited on X77. January 25, 2023.

Regina Keegan, Disability  determination services


Michelle King, commissioner of social security

## 6 *OUR LOSSES*

I am for asking for a lawyer.
 Box 12 I am studying how to calculate this.
 I am suing for 216,000,000.00. Including compensatory and PUNITIVE damages. Our losses include Galen's, Rachel's and mine. For Galen it was worse than 1984 by George Orwell.

1) Financial losses including loss of benefits, loss of medical insurance that should have been provided, medical bills, loss of access the services he needed

2) Loss of dignity, being denied benefits and facing discrimination severely impacted his self-esteem and self-worth


I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,


3) Health deterioration. Lack of access to necessary medical care and medicines that were not prescribed because of  lack of medical insurance. As well as the insulin pump he NEEDED. Instead of based on what he really needed his medications were based on his ability to pay which led to worsening health conditions. There were also medications that he should have had and was prescribed but he couldn't buy.

4) Emotional and psychological impact. The stress and frustration of not receiving benefits and being treated fairly led to worsening anxiety and worsening of his major depression to the point that he lost all will to live and other mental health issues.
5)Social Isolation-without adequate Support he became isolated from his community and social networks

6) Loss of earnings he would have earned if he had lived.

2) Funeral expenses were paid by Grandmother

3) burial expenses were paid by Grandmother

9) Cremation expenses were paid by Grandmother

10.) wake expenses were paid by Grandmother

11) trip to New Mexico to intern his ashes with his fathers ashes

12) He still needs a headstone

13) Pain and suffering

14) Galen's Fear, anxiety, trauma, humiliation, despair, loss of hope and intense emotional suffering

151 The deterioration of Galen's mental health leading to the loss of will to live and his even to death

16) Galen's grief

17) violation of Galen's right to equal protection under the law

18) Galen's human rights being violated


I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,


19.) Violation of Galen's fifth amendment right not to self-incriminate

20) violation of Galen's right to be free from cruel and unusual punishment

21.) Violation of Galen's constitutional right under the Kansas constitution. to bodily autonomy which is the the right to not have the government Interfere with one's body

22) The lack of benefits led to the violation of his patient rights.

23) Wrongful death of January 28, 2023 due to his loss of will to live- Cause of death was a death of despair officially listed as methamphetamine toxicity, diabetes. and pneumonia

24) Loss of money he paid into social Security disability insurance and medicare out of every paycheck he ever received. He was scammed because it did not exist for him

25) Interest on the money Galen should have received

My losses
1) Loss of companionship.

2) Loss of caregiver services. Sometimes I have shutdowns. He was the one who would notice my absence, come find me and pull me out of it so I could function again. This was extremely hard to navigate with his sudden loss.

3) loss of guidance. He was much wiser than I was and taught me how to cure my own cancer when I had skin cancer
4) loss of emotional support

5) Grief and emotional suffering due to his sudden loss

6) Trauma being forced to watch him dying, not knowing what to do and having no support in place to help me help him. Watching him slip away when I knew he didn't have to and NOBODY WAS HELPING US,
7)Fear and anxiety experienced because of his loss

8) Emotional distress the ongoing emotional suffering, depression and trauma that I continue to endure


I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,


9) Trauma due to the lack of proper care and respect due Galen and doctors mocking him at the end of his life when he needed them the most. He should have been in a skilled nursing facility but with no benefits we couldn't get him into a nursing home.

10) Future financial support Galen would have provided had he lived

11) Who is going to take care of me when I'm old?
12) the amount of payments made on the invalid overpayments that Social Security administration is trying to charge Karen for
13) The checks Social Security administration failed to issue to Karen because of everything all messed up with the overpayments
14) Interest on the overpayment money that was taken from me for the invalid overpayments

### *7 SPECIFIC RELIEF SOUGHT FROM THE COURT ARISING FROM THIS CLAIM*

1. Monetary compensation for our losses including but not limited too many paid to the Social Security administration for invalid overpayments, compensatory compensation, compensation for non-economic damages and all damages as well as punitive compensation
2. Declaratory relief and the form of a court declaration that the Social Security administration violated the 5th, 8th, and 14th amendments rights of Constitution of the United States of America, Americans with disabilities act and the the Kansas Constitution to deprive Galen Cahail of his rights and privileges under color of law
3. Declaratory relief in the form of a court declaration that the Social Security administration violated Karen's 8th and14th amendment rights under the Constitution of the United States of America
4. Declaratory relief in the form of a declaration that Tony Esparza, David Braverman, and Leif Leaf are guilty of negligence or abuse of Galen Cahail so that they can be put on the GSA exclusion list for what they have done and to prevent them from doing this to others
5. Injunctive relief and the form of mandating the Social Security administration to pay Karen the money that it owes her for the invalid overpayments that they took from her pay her for the months that she wasn't paid for that she should have been paid for and take the overpayment off of her social security account because it's invalid
6. Injunctive relief in the form of an order requiring the Social Security administration to implement policy changes to prevent further violations
7. Injunctive relief in the form of an order requiring the Social Security administration to train is employees on the compliance with constitutional law and ADA requirements
8. Injunctive relief in the form of mandating the Social Security administration to contact those that were found to be so severely disabled that they could no longer work but with drug use was material to the disability and they just left them to die so that they can correct this situation

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

9. Punitive damages
10. Cost associated with bringing this claim

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

11. Furthermore we are asking it those who deprived Galen and Karen if they're rights and privileges under color of law be

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,



I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

---

I'm

Karen Cahail, et al.,

Plaintiffs,

V

The United States of America, et all.,

Defendants,

Detailed analysis of what happened with evidence

1.) Galen was disabled from age 7 and I didn't know enough to file for his disability when he was a child. He had ADHD, major depression and developed PTSD. Suddenly at age 20 he was hospitalized with new onset type1 diabetes autoimmune. He needed wrap around services and an insulin pump to survive. He sadly never received either. He suffered from discrimination and abuse at the hands of social security employees instead of the help he so desperately needed and was asking for. They berated and abused him for not being able to control his disabilities and manage his new onset diabetes.

2.) As Galen Cahail's mother and next friend I became administrator of his estate to sue for his suffering. Exhibits 1, 1a and 2. The heirs are Rachel Cahail and Karen Cahail.

3.) Galen Ryan and Karen Cahail are the natural parents of Galen Cahail Exhibits 3 & 4

4.) Galen was diagnosed by a physician at Prairie View in Newton on 7-19-2000 with ADHD and major depression Exhibit 5 Galen's date of birth was 12-21-1988 and this was long before he did any drugs.

I'm

12.

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

held accountable and the matter be referred to the appropriate authorities for criminal investigation and prosecution

13. Since they refused to investigate previously we are requesting a court order compelling the relevant agencies to investigate the violations both the Wichita Police department and the FBI because they both refuse

14. Injunctive relief the mayonnaise the Social Security administration to cooperate with an independent investigation into violations including appointing a special investigator or an independent oversight body

### ***8 DETAILS ANALYSIS OF WHAT HAPPENED WITH EVIDENCE***

***A revolution was once fought over these very principles and it founded this nation.***

***We hold these truths to be self-evident that all men are created equal and my late son, Galen Cahail, was a man in every sense of the word. He was not a boy.***

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,



Detailed analysis of what happened with evidence

1) Galen was disabled from age 7 and I didn't know enough to file for his disability when he was a child. He had ADHD, major depression and developed PTSD. Suddenly at age 26 he was hospitalized with new onset type1 diabetes autoimmune. He needed wraparound services and an insulin pump to survive. He sadly never received either. He suffered from discrimination and abuse at the hands of social security employees instead of the help he so desperately needed and was asking for. They berated and abused him for not being able to control his disabilities and manage his new onset diabetes.

Exhibits 5
Exhibit 4

2) As Galen Cahail's mother and next friend I became administrator of his estate to sue for his suffering. Exhibits 1, 1a and 2. The heirs are Rachel Cahail and Karen Cahail.

Exhibits 1 1a 2

3) Galen Ryan and Karen Cahail are the natural parents of Galen Cahail Exihibits 3 & 4

Exhibit 3

4) Galen was diagnosed by a physician at Prairie View in Newton on 7-19-2000 with ADHD and major depression Exhibit 5 Galen's date of birth was 12-21-1988 and this was long before he did any drugs.

Exhibit 5

Karen Cahail, et al.,

Plaintiffs,

V

The United States of America, et all.,

Defendants,

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

5) Galen attended Valley Center Middle School 2000 Categorical Emotionally Disturbed class even though we lived in Burrton, KS. He was sent to another school in another town for his emotional disturbance. Exhibit 6, 7

6) This should be before the last 2 entries. In 1999 Sedgwick County Area Educational Services Interlocal Cooperative did a Functional assessment on Galen. This is when we lived in Burrton, KS. They share the Interlocal Cooperative with Goddard This documents Prozac for depression, ADAD The motivational forces were all listed as protest/escape/avoid. He was described as having explosive outbursts in order to avoid/escape situations. & due to perceived unfairness or confrontation. TRYING TO AVOID ABUSE HE ALWAYS SUFFERED AT THE HANDS OF OTHER I SAY exhibit 9

7) He had trouble in Wichita public Schools exhibit 10 with his grades, because he wasn't turning work in. His father put him in gifted classes. exhibit 11 but ended up getting suspended over anger exhibit 12

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

8) In 2005 Galen Ryan became disabled and Galen Cahail was receiving child benifits with his father as payee. exhibit 13

9) 2006 Galen gets his GED from KANSEL as an alternative to going back to regular high school. exhibits 14, 15 #16

10) Galen was a good man. He was baptised at Pleasant Valley Baptist church in Wichita, Ks exhibit 8,

11) Galen Ryan received disability benefits until he died 11-16-2011. Exhibits 17, 18, 19. Galen Cahail took care of his father along with his Aunt Penny until Galen Ryan died. Galen Cahail was forced from boy to man before he even turned 21. He was a man in every sense of the word and should have been treated as such

12) Galen was working under a social security number and paying into social security disability insurance and medicare with every paycheck he ever received. He was scammed by the government! exhibit 20

13) Galen made appointment to apply for disability, decided not to apply, never filled out an application and instead of just not making a decision, which would be the proper thing to do social security made an informal decision that he was not

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

eligible ~~to be~~ WITHOUT HIM FILING
AN APPLICATION. WE ALL KNOW
IT IS HARDER TO GET APPROVED
AFTER A DENIAL. A DENIAL
ABSENT AN APPLICATION IS
ABUSIVE. Exhibits 21-24

14) Galen is hospitalized with new onset
type 1 diabetes autoimmune & hyperkalemia.
Hyperkalemia is a sign that streptozotocin
may have caused it. As well as hyperglycemia,
polyuria, polydipsia, unexplained loss of body weight,
glucosuria, hypoinsulinemia, fatigue, gastric dysfunction,
diarrhea, torpor and hunched appearance, We would
learn over the course of time that his beta cells
basically were destroyed. He was a brittle diabetic
and the NSA was tracking him on his phone.
exhibit 25  25b paragraph 2 he was switched
NPH 70/30 so that he could more easily pay for
his insulin w/no insurance. He needed help
to even get the medication that was right for
him. 1-26-2016 Exhibits 29; all drug
↑29, screens negative exhibit 29e sodium,
potassium chloride levels are all off
15) 2-5-2016 Exhibit 30; all drug screens negative
chief complaint weight loss. DKA
exhibit 30

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

16) I am seeing in his chart he needed albuterol and ventolin but never said anything to me because he didn't want to be a burden and couldn't afford them. This is so sad.

17) 1-28-16 Serology report islet cells 1:2 and IA-2 antibody of 23 units/mL suggesting his body is attacking his beta cells

calcium, K+, CL- & Magnesium levels all over the place

all drugs screens negative 30m, 30?

hyperosmolar ketototic hyperglycemia

18.) 13-7-2016 Hunter Health diabetes follow-up appointment.

rashes on forearms, neck and head

Tom noticed needle tracks on 2/16/2016 visit. (I am sure this was not mentioned to my family so perhaps now that Galen is really trying to get his health under control he might have the option of going somewhere he would not be discriminated against) patient noted rashes for about a week

- increase levimir and novolog

1-13-2017 anxious rashes on face continuous picking lost weight since last visit

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

diagnosis abnormal weight loss, cutaneous
eruption, lab $Na^+$, $K^+$, $Cl^-$ and other levels
are off
Dr. assumes facial eruptions are due to meth use
the meth wasn't new. That is just a
biased assumption. The picking is a
nervous condition he developed from
everyone judging him and his health
being destroyed. and it was causing
his mental health to seriously deteriorate.
He no longer has his father to help him
regulate. and I was on section-8 and
those messed up rules prevented him from
staying with me.
2-1-2017  thin, anxious, rashes on face continuous
picking, rashes are drying up and healing
weight loss since last visit. Abrasive lesions on
forearms and face, ~~he agrees to try to quit smoking~~
3-27-17  $K^+$, $Na^+$, $Cl^-$ levels off, glucose 958
4-28-17  diabetes check he agrees to try to quit
smoking
8-15-17  8-31-17  foot exam Galen reports being allergic
Karens
application     to insulin and it gives him a rash.
for Galen       Dr. tells him it is from poor blood sugar
8-22-17         control tries to tell him it does not get
Galen sent document for
Notified about caused by insulin. My mother has diabetes
Karens app for
Galen          now and she will tell you she has trouble

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,



will allergies to the insulin too. He has no rash now

19.) 3-21-2017 Hospital DKA cheif complaint weight loss all drug screens negative hyperosmolar ketototic hyperglycemia
exhibit 35j
35d

20.) 2-23-17 Gracemed tooth pain diabetes check

21) 9-20-17 Comcare records received.
Major depressive disorder
Sept. 1    Unspecified anxiety disorder
2017    Unspecified ADHD
application
for SSI    Social Anxiety Disorder
§8    Insufficient social or welfare support
§59    type 1 diabetes
at same  8-25-2017 Galen is currently in treatment at A-1 counseling
previous hospitalization - suicide attempt

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,



educational history - social anxiety & depression are barriers
under employment history - "I can't work out in the
sun anymore" The jobs he was being given didn't work
with his diabetes. Trouble with authority

legal history 2 or 3 DV charges

2015 diagnosis MDD, recurrent, moderate, ADHD
inattentive, amphetamine use disorder and intermitted
explosive disorder, anxiety disorder

list a criteria for depression which became problematic
in 2014 ✓lack of energy ✓withdrawn
            ✓hopelessness ✓appetite disturbance
risk factor      ✓lack of self-esteem, ruminating
assessment -   ✓sleep disturbance ✓short-tempered
moderate to   ✓difficulty focusing/concentrating
high risk for    ✓depressed, anxious, fear of social
lethality  insight - fair              situations
         expects to be exploited or harmed by
Esther Osornio      others - this is an accurate appraisal
  Lmsw            of his reality.
  8-25-2017
         inability to sustain consistent work behavior

8-29-2017 Luree Lusk APRN
     reports sleeping 18 hours a day, then this Lusk
     says no sleep disturbance
     prognosis is only fair
     this woman is clearly not paying attention
     to what she is writing chief complaint is
     depression & lack of focus & she says negative
     for difficulty concentrating.

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

22) A-1 Counseling
   Major depressive disorder single episode,
      severe
   Generalized anxiety disorder
   Stimulant disorder severe
   Homelessness
   Extreme Poverty
   Nonadherence to medical treatment
list a symptoms
   ✓ depressed mood
   ✓ loss of interest/enjoyment in activities
   ✓ psychomotor agitation or retardation
   ✓ lack of energy
   ✓ poor concentration
   ✓ feelings of hopelessness/worthlessness
   ✓ inappropriate guilt
24.) Letter from Stephan Schmidt, childhood
   friend. Heartfelt as all those who loved
   him could see how much he needed to
   get his disability. Not a Want a NEED!
25.) ADL's 10-22-17
   Galen is clearly asking for the specific
   kind of help he needs. He says, "I wish
   someone was with me enough to tell me
   to take my insulin because I seem to
   avoid it and distract myself to the point

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

I only take it weekly. This just broke my heart reading it. I wasn't allowed at my mothers house for 10 years because I put my brother in prison for being a child molester and section-8 would not let him stay with me. He needed someone to be there and give him reminders about medication and direct him to have some routine and care for himself.

2(i) By this point he faced discrimination everywhere he went.

This was around the time he came to my house and just broke down. His grandmother and her boyfriend were having him do hard physical labor in the hot sun, paying him next to nothing and acting like he didn't even deserve that. He quit when they stopped giving him water. He cried out, "I don't even have any shoes." I said, "I will buy you some shoes." He said, "I want to be able to buy my own shoes."

He was no longer a boy. He was a man is every aspect of the word. People were discriminating against him everywhere now and treating him like a child. He was not a boy. He was a man in every aspect of the word. It was awful what he was going

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

through.

I was able to keep him there for 2 weeks before he left and neither one of us wanted him to leave. I was treating him with respect and ensuring that everyone in my home did or they were quickly kicked out. He was able to stand up and be assertive again when he left.

27) I have here a signed medical release signed by Galen. This release violates his 5th amendment right to not incriminate himself. The social security administration insists that claimants use this particular form which discloses everything, SSA 827. At the bottom of this form it says, "This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L 104-191 (HIPPA) and a lot of other laws.

What this form does not say and I believe the social security administration does not want anyone to know is that when this form was getting approved the Office of Civil Rights in Washington D.C. did approve the wording of the form but

8-22-2017

exhibit 45

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,



they also included this footnote in the
letter to the commissioner of Social Security:
"We note that the disclosing covered entity
may not condition treatment, payment,
enrollment in a health plan, or eligibility
for benefits in connection with the individual's
provision of the authorization, for any of
the purposes that may be identified in the
authorization." To my knowledge that means
that the disclosing covered entity includes
the social security administration and
this footnote from the Office of Civil
Rights in Washington D.C. has been completely
ignored for 22 years.
28.) 9-12-17 Wesley Hospital records received
     all drug screens negative exhibit 46i
     Hyperosmolar nonketotatic hyperglycemia
     K, Na, Cl & magnesium levels are all
     off again 46h & 46i
29.) November 8, 2017 Denial of SSI at
     initial level signed social security
     administration - I feel that a name
     should be here so that someone actually
     takes responsibility.
30.) 11-6-2017 Disability determination
     explanation.

─ ending that person ott to ac

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,



31.) Under claimant information Galen's BMI is down to only 17.8. He is 6'1" and 135 lbs. If you have a significant amount of weight loss you can qualify under SSA's disability listing for weight loss which requires a BMI of 17.5 or less.

Allegations of impairments: ADHD, Major Depressive disorder, type 1 diabetes and Anxiety. Are the disability determination examines instructed to ignore all diagnosis that were not listed on the application?

32.) It seems negligent to me to ignore diagnosis is the medical records that were not listed on the original application such as repeated Hyper and Hypokalemia, hyponatremia, hyperchloremia and hypermagnesemia, interitted explosive disorder, social anxiety disorder.

I'm

J

Karen Cahail, et al.,
Plaintiffs,
v
The United States of America, et all.,
Defendants,

*... that happened ...*

In the United States district Court for the district of Kansas

Case Number 6:24-cv-01244 FIL-BGS

Karen Cahail
    Plaintiff,
Vs
SOCIAL SECURITY ADMINISTRATION, et al.,
    Defendants,

27

Again we are seeing hypokalemia low on chloride low on sodium
§ All drug screens were negative
"1 We note that the disclosing covered entity may not condition treatment, payment, enrollment in a health plan, or eligibility for benefits in connection with the individual's provision of the authorization, for any of the purposes that may be identified in the authorization." Does this mean that you may not condition eligibility of benefits based on someone's authorization to release this information? Because this is at the end of the statement the letter to Social security administration from the civil Rights division of Health and human services dated April 25th 2003. Has the Social security administration been disregarding this statement statement from the office of civil rights since 2003? If so that is negligence or discrimination.

22) The denial at the initial level, Monday November 6th 2017. This is signed by Paul Spence MD. and Regina Keegan. Paul Spence MD and Regina Keegan are negligent and the fact that they were Cherry Picking the evidence and only presenting evidence that would keep him from getting disability benefits. This doctor had the opportunity to save the young man's life but instead of asking, "Has anyone tried changing his insulin to see if maybe he really is allergic to the brands he is being given?" He chose to be biased and participate in the humiliation of the client by condemning for not taking insulin that caused him severe rashes on his face, arms and upper body. Galen complained from January 2017 to August both to hunter health clinic, the doctor that he was seeing there, and to comcare. That's 7 months before he gave up because nobody would listen to him. By the way social security had this information and I did not.
It says initial application filing date 8/16/2016 I've not been given access to that initial application or anything previous to that

*This is abuse & negligence*

28) * There are four electronic file requests where the source of evidence says unknown name I find it to be very questionable.

23) Under findings of facts and analysis of evidence analysis pertinent information it says 29 year old female applying for title 16 benefits alleged on set date 1/26/2016, protected filing date 8/3/2017 alleged disability to ADHD major depressive disorder type 1 diabetes and anxiety field officer did not observe any difficulties and say that the client was polite and answered all questions appropriately previous denial 11/17/2016 never does it say any of the information from SSA-3368. This is only example of cherry picking the evidence since they only mentioned the things that can be used against him in SSA-3367 and totally disregard everything that says in SSA-3368.

30) ADLs spends most of her day feeling drained and sleeping and never feels rested no assistance required for personal care report she needs someone to stay with her so she takes her insulin prepare simple meals and completes light household chores client walks and rides drives a car go shopping in stores for food mostly with her grandparents can manage finances visits friends

Karen Cahail, et al.,

Plaintiffs,

V

The United States of America, et all.,

Defendants,



In the United States district Court for the district of Kansas

Case number 6-24-cv-01214-HLT-BGpp96

Karen Cahail

Plaintiff,

Vs  The United States of America

SOCIAL SECURITY ADMINISTRATION, et al.,

Defendants,

27

Again we are seeing hypokalemia low on chloride low on sodium

All drug screens were negative

"We note that the disclosing covered entity may not condition treatment, payment, enrollment in a health plan, or eligibility for benefits in connection with the individual's provision of the authorization, for any of the purposes that may be identified in the authorization." Does this mean that you may not condition eligibility of benefits based on someone's authorization to release this information? Because this is at the end of the statement the letter to Social security administration from the civil Rights division of Health and human services dated April 25th 2003. Has the Social security administration been disregarding this statement statement from the office of civil rights since 2003? If so that is negligence or discrimination.

9-28-17 tickler

The denial at the initial level. Monday November 6th 2017. This is signed by Paul Spence MD. and Regina Keegan. Paul Spence MD and Regina Keegan are negligent and the fact that they were Cherry Picking the evidence and only presenting evidence that would keep him from getting disability benefits. This doctor had the opportunity to save the young man's life but instead of asking, "Has anyone tried changing his insulin to see if maybe he really is allergic to the brands he is being given?" He chose to be biased and participate in the humiliation of the client by condemning for not taking insulin. Galen complained from January 2017 to August both to hunter health clinic, the upper body. Galen complained from January 2017 to August both to hunter health clinic, the doctor that he was seeing there, and to comcare. That's 7 months before he gave up because nobody would listen to him. By the way social security had this information and I did not. It says initial application filing date 8/16/2016 I've not been given access to that initial application or anything previous to that

There are four electronic file requests where the source of evidence says unknown name I find it to be very questionable.

Under findings of facts and analysis of evidence analysis pertinent information it says 29 year old female applying for title 16 benefits alleged on set date 1/26/2016, protected filing date 8/3/2017 alleged disability to ADHD major depressive disorder type 1 diabetes and anxiety field officer did not observe any difficulties and say that the client was polite and answered all questions appropriately previous denial 11/17/2016 never does it say any of the information from SSA-3368. This is an example of cherry picking the evidence since they only mentioned the things that can be used against him in SSA-3367 and totally disregard everything that says in SSA-3368. If T. Zeller knew they only look at 3367 it should have been on ADLs spends most of her day feeling drained and sleeping and never feels rested no assistance required for personal care report she needs someone to stay with her so she takes her insulin prepare simple meals and completes light household chores client walks and rides drives a car go shopping in stores for food mostly with her grandparents can manage finances visits friends



Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

I'm

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

Karen Cahail, administrator of the estate of Galen Cahail and Rachel Cahail, Plaintiffs,
vs

The United States of America, The social security Administration, The commissioner of Social Security Administration, Michael R. Dayton, administrative law judge, Tony Esparza, disability determination services, David Braverman MD, Leif Leaf phD phsychology, Ascension via Christi hospital,

Defendants,

Signature page for FTCA, Evidence, Detailed analysis, Karen's case and hospital dates

Karen J Cahail
Karen J Cahail
2916 N. Coolidge
Wichita, KS 67204
Karen cahail home @
   gmail.com
(808) 389-4402

Rachel Cahail
119 Susan Ln
Andover, KS 67002
Rachel.Cahail@hotmail.com
316 339 9717

Karen Cahail, et al.,
Plaintiffs,
V
The United States of America, et all.,
Defendants,

5) Galen attended Valley Center Middle School 2001
Categorical Emotionally Disturbed class
even though we lived in Burrton, KS.
He was sent to another school in
another town for his emotional disturbance.
Exhibit 6, 7

6) This should be before the last 2 entries.
In 1999 Sedgwick County Area Educational
Services Interlocal Cooperative did a
functional assessment on Galen. This is
when we lived in Burrton, KS. They share
the Interlocal Cooperative with Goddard.
This documents Prozac for depression, ADHD
The motivational forces were all listed as
protest/escape/avoid. He was described as
having explosive outbursts in order to
avoid/escape. situations & due to perceived
unfairness or confrontation. TRYING TO
AVOID ABUSE. HE ALWAYS SUFFERED
AT THE HANDS of OTHER I SAY
exhibit 9

7) He had trouble in Wichita public Schools
exhibit 10, with his grades, because he
wasn't turning work in. His father put
him in gifted classes, exhibit 11 but
ended up getting suspended over anger
exhibit 12